# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### ASHEVILLE DIVISION
### CRIMINAL CASE NO. 1:16-CR-10

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| | ) | |
| **v.** | ) | |
| | ) | **O R D E R** |
| **KIMBERLY MICHELLE BISHOP,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| _____ | ) | |

On February 1, 2016, the Court took the guilty plea of Defendant and entered an oral order recommending that the District Court accept Defendant's guilty plea. Shortly thereafter, Defendant tested positive for drug use. The Court then set a status conference for February 5, 2016. At the status conference the Court entered an oral order revoking bond and rejecting the acceptance and entry of guilt plea. The Court also set a new Rule 11 hearing for February 12, 2016. The Court now enters this Court to memorialize its prior oral order. The Court **VACATES** this Court's prior oral recommendation to the District Court that it accept the entry of guilty plea by Defendant. The Court vacates this recommendation prior to the expiration of the time period for either side to file objections to the recommendation. The Court will enter a new recommendation after the Rule 11 hearing set for February 12, 2016.

Signed: February 9, 2016



Dennis L. Howell
United States Magistrate Judge

SEALED DOCUMENT with access to All Parties/Defendants.