IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:16 cr 10

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Vs. | ) | **ORDER** |
| | ) | |
| **KIMBERLY MICHELLE BISHOP.** | ) | |
| | ) | |
| _____ | ) | |

**THIS MATTER** came before the undersigned on June 29, 2016, pursuant to the Order (#39) of the undersigned releasing Defendant to attend an inpatient drug treatment program. The terms and conditions of Defendant's release required that when Defendant had completed the treatment program, further proceedings would be held to determine whether or not Defendant will be continued to be released on further terms and conditions of presentence release (#39, p. 5.).

Defendant has now completed treatment at the McLeod Residential Reentry Center in Charlotte, NC. The sentencing of Defendant in this case is set for July 5, 2016 which is only six days from the date of this hearing. Due to the Defendant's history in this matter as set forth in previous Orders (#17), (#31) and (#39), the undersigned has determined that it is not in the best interest of Defendant that she be released pending sentencing. As a result, the undersigned will enter an Order

revoking the terms and conditions of presentence release (#36) and (#37) and ordering the detention of Defendant pending sentencing in this matter.

## ORDER

**IT IS, THEREFORE, ORDERED**, that the terms and conditions of presentence release (#36), (#37), and (#39) are hereby **REVOKED** and it is **ORDERED** that Defendant be detained pending sentencing in this case.

Signed: July 1, 2016

Dennis L. Howell
United States Magistrate Judge