**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CRIMINAL CASE NO. 1:16-cr-00010-MR-DLH**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **O R D E R** |
| | ) | |
| **KIMBERLY MICHELLE BISHOP,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**THIS MATTER** is before the Court *sua sponte*.

In accordance with the Magistrate Judge's Order setting the Defendant's conditions of release [Doc. 46],

**IT IS, THEREFORE, ORDERED** that the Judgment [Doc. 44] is hereby **AMENDED** to provide that the Defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons as notified by the United States Marshal. All other terms and conditions of the Judgment [Doc. 44] shall remain in full force and effect.

The Clerk of Court is respectfully directed to provide a copy of this Order to the counsel for the parties, the Bureau of Prisons, and the United States Marshals.

Signed: July 8, 2016

**IT IS SO ORDERED.**

Martin Reidinger
United States District Judge