# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CRIMINAL CASE NO. 1:16-cr-00010-MR-DLH

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| ) | |
| **KIMBERLY MICHELLE BISHOP,** ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**THIS MATTER** is before the Court on the parties' Joint Motion for Order Extending Defendant's Date of Reporting to Prison [Doc. 58].

The parties jointly move the Court to allow an extension of time for the Defendant to self-report to the Federal Bureau of Prisons. [Doc. 58]. For the reasons stated in the motion, and for good cause shown, the Court will allow the motion.

**IT IS, THEREFORE, ORDERED** that the parties' Joint Motion for Order Extending Defendant's Date of Reporting to Prison [Doc. 58] is **ALLOWED**, and the deadline for the Defendant to report to the Federal Bureau of Prisons is **EXTENDED** to at least **April 1, 2017**.

The Clerk is directed to provide a copy of this Order to counsel for the Government, counsel for the Defendant, the United States Marshals Service, and the appropriate official at the Bureau of Prisons.

**IT IS SO ORDERED**.

Signed: February 28, 2017

Martin Reidinger
United States District Judge