IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:16 CR 10

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| KIMBERLY MICHELLE BISHOP, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

This matter is before the Court on the Motion for Order to Amend Writ of Execution (Doc. 70) filed by the United States.

The motion requests an Order amending the Writ of Execution entered on March 21, 2018 (Doc. 66) to identify the Defendant as Kimberly Michelle Bishop, also known as Kimberley Michelle Bishop.

For the reasons stated, the Motion for Order to Amend Writ of Execution (Doc. 70) is **GRANTED,** and the Writ of Execution (Doc. 66) is hereby **AMENDED** to identify the Defendant as Kimberly Michelle Bishop, also known as Kimberley Michelle Bishop.

Signed: December 9, 2019

W. Carleton Metcalf
United States Magistrate Judge